### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**TOMIE GREEN,**                                                               **PLAINTIFF**

**V.**                                                    **NO. 4:06CV14-P-B**

**CHRISTOPHER EPPS, ET AL,**                                     **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 9th day of February 2006.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE