**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TOMIE GREEN,**                                                      **PLAINTIFF**

**V.**                                        **NO. 4:06CV14-P-B**

**CHRISTOPHER EPPS, ET AL,**                            **DEFENDANTS**

### ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

This *pro se* conditions of confinement case was dismissed on February 9, 2006, for failure to state a claim upon which relief could be granted. Plaintiff on February 23, 2006, filed a motion entitled "Motion to Vacate Judgment of Final Order," which will be treated as a motion for relief from judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure.  After reviewing the original pleadings as well as the motion and the applicable law, the court concludes that the dismissal was correct in law and fact and that plaintiff has failed to produce a legal basis to alter the court's ruling.  Therefore, the motion for relief from judgment is **denied**

**SO ORDERED**, this the 24th day of February, 2006.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE